# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| CHARLES EMERMAN, *et al.*, | ) | CASE NO. 1:13cv2546 |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | MAGISTRATE JUDGE GREG WHITE |
| | ) | |
| FINANCIAL COMMODITY | ) | |
| INVESTMENTS, L.L.C., *et al.*, | ) | |
| | ) | **JUDGMENT ENTRY** |
| Defendants. | | |

This Court, having granted Defendants Financial Commodity Investments, L.L.C., Financial Investments, Inc., and Craig B. Kendall's Motion for Summary Judgment (Doc. No. 57), hereby enters judgment in favor of Defendants and against Plaintiffs.

IT IS SO ORDERED.

/s/ Greg White
U.S. Magistrate Judge

Date: January 19, 2016